## Gibbs *verf.* Gibbs.

Rec. 1767.
Fol. 113.

### Prefent:
### The whole Court.

Queftions of Law on the Conftruction of a Will muft be raifed by fpecial Verdict, and not by an Objection to the Admiffion of the Will in Evidence, on the Ground that it does not fupport the Declaration.

THE Demandant counts as Heir in Tail under a Will.

*Mr. Auchmuty* objected to the Will going in as Evidence to the Jury, becaufe the Will did not fupport the Declaration, as it gave only an Eftate for Life to the Anceftor of the Demandant.

*The*

1767.

GIBBS
*v.*
GIBBS.

*The Court*, after a fhort Argument, were unanimoufly of Opinion that the Exception was the firft of the Kind ever made; that, if allowed, would deftroy all Wills from being Evidence, as it would bring the real Point in (as they expreffed it) upon a Side Motion, and would be fubverfive of the hitherto uninterrupted Courfe of Practice. The Exception being overruled, *the Court* faid, the Will fhould go in, as Evidence to the Jury, who, upon finding the fpecial Matter, would bring the Point of Law properly before the Court.